JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ron Ely,<br><br>PLAINTIFF(S)<br>v.<br>County of Santa Barbara, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 20-6549-DMG (SKx)<br><br>**JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |

    This action having been tried before the Court sitting with a jury, the Honorable Dolly M. Gee, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

    IT IS ORDERED AND ADJUDGED that the Plaintiff Ron Ely an individual by Guardian Ad Litem Kirsten Ely take nothing; that the action be dismissed on the merits.

Clerk, U. S. District Court

Dated: October 14, 2022

By /s/ Kane Tien
    Deputy Clerk